# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nickeisha Khadene Lamey Salmon,<br>aka Nickeisha Khadene Lamey, | Chapter 13 |
| **Debtor 1** | Case No. 5:18−bk−05195−RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 17, 2019

By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)