# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−5 | User: DDunbar | Date Created: 7/17/2019 |
| Case: 5:18−bk−05195−RNO | Form ID: ordsmiss | Total: 27 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustpregion03.ha.ecf@usdoj.gov
tr      Charles J DeHart, III (Trustee)      dehartstaff@pamd13trustee.com
aty      Kevin S Frankel      pa−bk@logs.com

                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nickeisha Khadene Lamey Salmon      663 Avoy Rd.      Lake Ariel, PA 18436
cr      PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
5139966      ALLIANCEONE RECEIVABLES MGT. INC.      6565 KIMBALL DRIVE SUITE 200      GIG HARBOR, WA 98335
5139965      ALLIANCEONE RECEIVABLES MGT. INC.      P.O. BOX 11357      TACOMA, WA 98411−0357
5139968      CAINE & WEINER      12005 FORD RD.      DALLAS, TX 75234
5139951      CHASE      P.O. BOX 36520      LOISVILLE, KY 40233
5139959      CREDIT COLLECTION SERVICES      725 CANTON STREET      NORWOOD, MA 02062
5139960      CREDITECH COLLECTION SOLUTIONS      P.O. BOX 20330      LEHIGH VALLEY, PA 1800−0330
5139954      DELAWARE RIVER JOINT TOLL BRIDGE COMMISS VIOLATION      P.O. BOX 4971      TRENTON, NJ 08650
5139957      EOS CCA      P.O. BOX 981002      BOSTON, MA 02298−1002
5139956      EOS CCA      P.O. BOX 981025      BOSTON, MA 02298−1025
5160666      JPMorgan Chase Bank, N.A.      Chase Records Center      ATTN: Correspondence Mail      Mail Code LA4−5555      700 Kansas Lane, Monroe, LA 71203
5142898      JPMorgan Chase Bank, National Association      3415 Vision Drive      Columbua, OH 43219
5139962      MBA LAW      2222 TEXOMA PKWY, SUITE 160      SHERMAN, TX 75090
5139961      MBA LAW      P.O. BOX 3269      SHERMAN, TX 75091
5139955      NYC DEPARTMENT OF FINANCE      CHURCH STREET STATION      P.O. BOX 3600      NEW YORK, NY 10008−3600
5139953      PORTFOLIO RECOVERY ASSOCIATES, LLC      120 CORPORATE BLVD.      NORFOLK, VA 23502
5139952      PORTFOLIO RECOVERY ASSOCIATES, LLC      P.O. BOX 12914      NORFOLK, VA 23541
5140104      PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
5139967      PROGRESSIVE SPECIALITY INSURANCE CO      P.O. BOX 6807      CLEVELAND, OH 44101
5160930      Portfolio Recovery Associates, LLC      POB 12914      Norfolk VA 23541
5139964      RMCB COLLECTION AGENCY      4 WESTCHESTER PLAZA SUITE 110      ELMSFORD, NY 10523
5139963      RMCB COLLECTION AGENCY      P.O. BOX 1235      ELMSFORD, NY 10523−0935
5139958      ccs      PAYMENT PROCESSING CENTER      P.O. BOX 55126      BOSTON, MA 02205−5126

                                                                                              TOTAL: 24